IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RAUL VASQUEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 08-CV-1847 |
| | ) | |
| JAMES J. STANDLEY ATTORNEY AT LAW, | ) | Judge Guzman |
| | ) | |
| Defendant. | ) | |

### NOTICE OF FILING

JAMES J. STANDLEY ATTORNEY AT LAW
6003 Miller Street
Arvada, CO 80004

On **Thursday, September 11, 2008 at 9:30am** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Guzman, or any judge sitting in his stead, in courtroom 1219, the courtroom usually occupied by him in the Federal Dirksen Building at 219 South Dearborn Street, Chicago, Illinois, and present a copy of **Plaintiff's Motion to Default JAMES J. STANDLEY ATTORNEY AT LAW,** a copy of which is attached hereto and herewith served upon you.

By: _____*/s Larry P. Smith*_____
Attorney for Plaintiff

**Name:**         Larry P. Smith & Associates, Ltd.
**Attorney for:** Plaintiff
**Address:**      205 N. Michigan Ave. 40th Floor
**City:**         Chicago, Illinois 60601
**Telephone:**    (312) 222-9028

### CERTIFICATE OF SERVICE BY MAIL

The undersigned, attorney for Plaintiff, certifies that I served this notice by mailing a copy to the above named party by depositing the same in the U.S. mail at 205 N. Michigan Avenue, Suite 4000, Chicago, Illinois 60601, at 5:00 p.m. on September 3, 2008, with proper postage prepaid.

By: _____*/s Larry P. Smith*_____
Attorney for Plaintiff